■ HERBERT WIESENBERG, Respondent, v ABACUS LEASING, LTD., et al., Appellants.—Order and judgment, Supreme Court, New York County, entered on December 20 and December 27, 1974, unanimously affirmed for the reasons stated by Helman, J., at Special Term, and that the plaintiff recover of the appellants $60 costs and disbursements of these appeals. No opinion. Concur—Murphy, J. P., Lupiano, Capozzoli, Lane and Nunez, JJ.